# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2014

## NO. 03-11-00584-CV

**Don Madden, Appellant**

**v.**

**State Board for Educator Certification, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on September 15, 2011. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the district court's judgment. Therefore, the Court affirms the district court's judgment. The

appellant shall pay all costs relating to this appeal, both in this Court and the court below.